IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **MERRIMON BURWELL OXLEY and JAMES OXLEY, d/b/a MEADOWBROOK NURSERY AND FARM and d/b/a WE-DU NATIVES,** )<br>)<br>)<br>)<br>) | |
| **Plaintiffs** ) | |
| ) | CIVIL NO. 1:06-CV-60 |
| v ) | |
| ) | |
| **ASPLUNDH TREE EXPERT CO. and CSX TRANSPORTATION, INC.,** )<br>) | |
| **Defendants.** ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of R. Eric Bilik of the law firm of McGuireWoods LLP to appear as additional counsel for the defendant, CSX Transportation, Inc., in this matter filed on May 8, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that R. Eric Bilik is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: May 10, 2006

_____
Dennis L. Howell
United States Magistrate Judge