IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No: 1: 06 CV 60-T

| | |
|---|---|
| MERRIMON BURWELL OXLEY and E. JAMES OXLEY d/b/a MEADOWBROOK NURSERY AND FARM and d/b/a WE-DU NATIVES,<br><br>Plaintiff,<br><br>v.<br><br>ASPLUNDH TREE EXPERT CO. and CSX TRANSPORTATION, INC.<br><br>Defendants. | ORDER DISMISSING CASE<br>WITH PREJUDICE |

**THIS MATTER** is before the Court on the parties' joint motion to dismiss with prejudice.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' motion is **ALLOWED**, and this action is hereby **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear its own costs.

Signed: February 16, 2007

Lacy H. Thornburg
United States District Judge